

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00066-CV

MCDONALD'S RESTAURANTS OF TEXAS,
INC., MCDONALD'S USA, LLC, AND
MCDONALD'S CORPORATION,

                                          **Appellants**

 **v.**

WILLIAM PAUL CRISP, JR. AND J. NICOLE
CRISP, INDIVIDUALLY AND AS REPRESENTATIVES
OF THE ESTATE OF LAUREN BAILEY CRISP
AND DENISE WHITAKER, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE ESTATE
OF DENTON JAMES WARD,

                                          **Appellees**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 12-003034-CV-361

## O R D E R

Appellant's Motion to Change Oral Argument Venue, filed on August 31, 2016, is

denied.

On the Court's own motion, the Court grants both parties an additional ten minutes for argument so that the amount of time for argument will be 27/27/5 minutes with three additional minutes to address the audience prior to the beginning of each party's argument.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied; argument times extended
Order issues and filed September 28, 2016

